# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# DIVISION

| | |
|---|---|
| IN RE § <br> BVS CONSTRUCTION, INC., § <br> *Debtor,* § <br> § <br> BVS CONSTRUCTION INC., § <br> *Appellant,* § <br> § <br> v. § <br> § <br> PROSPERITY BANK, § <br> *Appellee.* § | 6:20-CV-00261-ADA <br> Bankruptcy No. 19-60004-RBK |

## ORDER AFFIRMING BANKRUPTCY COURT ORDER

Before the Court is the above-styled and numbered bankruptcy appeal. The Court has carefully considered the record and the briefs of the parties. The Court is persuaded by the analysis Chief United States Bankruptcy Judge King made on the record related to the Order Overruling Objection to Claims (Bankruptcy Docket No. 254). The Court concludes that the bankruptcy court's findings of fact are not clearly erroneous.

**IT IS THEREFORE ORDERED** that the Bankruptcy Court's Order Confirming Debtors' Plan is **AFFIRMED**. It is further **ORDERED** that this appeal is hereby **DISMISSED**.

SIGNED this 29th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE